Joseph S. Kistler (3458)
Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
10080 W. Alta Dr., Suite 200
Las Vegas, NV 89145
(702) 385-2500/Fax: (702) 385-2086
jkistler@hutchlegal.com
ptueller@hutchlegal.com

and

Robert J. Yorio
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, CA 94025
(650) 812-3453/Fax: (650) 812-3444
yorio@carrferrell.com
*Pro Hac Vice Application Forthcoming*

Attorneys for Defendants

**UNITED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURB MOBILITY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KAPTYN INC., TRIAD TRANSPORTATION TECHNOLOGIES, LLC, WHITTLESEA BLUE CAB COMPANY, INC. and DESERT CAB, INC.<br><br>Defendants. | Case No. 2:18-cv-02416-MMD-GWF<br><br>**STIPULATION AND ORDER**<br>**1. Setting Aside The Clerk's Entry of Default (Dkt. No. 16); 2. Providing for Service of Summons and Complaint (Dkt. Nos. 1 and 4); and 3. Setting Defendants' Responsive Pleading Date** |

Plaintiff, Curb Mobility, LLC ("Curb Mobility"), by and through its counsel, Kaempfer Crowell and Gottlieb, Rachman & Reisman, P.C. and Defendants, Kaptyn, Inc. ("Kaptyn"), Triad Transportation Technologies, Inc. ("Triad"), Whittlesea Blue Cab Company, Inc. ("Whittlesea") and Desert Cab, Inc. ("Desert Cab"), by and through their counsel, Joseph S. Kistler, of the law firm of Hutchison & Steffen, PLLC, and Robert J. Yorio, of the law firm of Carr & Ferrell, LLP, hereby stipulate and agree as follows:

1

1. The Clerk's Default entered against Whittlesea and Desert Cab dated February 13, 2019 (Dkt No.16) should be set aside and vacated;

2. Hutchison & Steffen, PLLC will accept service of process for Kaptyn and Triad, thereby mooting the alternate service Plaintiff requested (Dkt. No. 14).

3. The time for all Defendants to file their pleadings responsive to the Complaint (Dkt. No. 1) is set for on or before February 22, 2019.

DATED this 20th day of February, 2019.

| KAEMPFER CROWELL | HUTCHISON & STEFFEN, PLLC |
|---|---|
| /s/ Robert R. McCoy | /s/ Joseph S. Kistler |
| Robert R. McCoy<br>Joni A. Jamison<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br>702-792-7000/Fax: 702-796-7181<br>rmccoy@kcnvlaw.com<br>jjamison@kcnvlaw.com | Joseph S. Kistler (3458)<br>Piers R. Tueller (14633)<br>10080 W. Alta Dr., Suite 200<br>Las Vegas, NV 89145<br>(702) 385-2500/Fax: (702) 385-2086<br>jkistler@hutchlegal.com<br>ptueller@hutchlegal.com |
| and | and |
| Gloria Tsui-Yip<br>Gottlieb, Rackman & Reisman, P.C.<br>270 Madison Avenue, 8th Floor<br>New York, NY 10016-0601<br>212-684-3900<br>gtsuiyip@grr.com | Robert J. Yorio<br>CARR & FERRELL LLP<br>120 Constitution Drive<br>Menlo Park, CA 94025<br>(650) 812-3453/Fax: (650) 812-3444<br>yorio@carrferrell.com |
| *Attorneys for Plaintiff* | *Pro Hac Vice Application Forthcoming*<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: __February 20_____, 2019.

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2019, I caused a true and correct copy of the foregoing ***STIPULATION AND ORDER 1. Setting Aside The Clerk's Entry of Default (Dkt. No. 16); 2. Providing for Service of Summons and Complaint (Dkt. Nos. 1 and 4); and 3. Setting Defendants' Responsive Pleading Date*** to be submitted electronically for filing and service with the United States District Court for the District of Nevada via the Electronic Filing System to the following:

Robert R. McCoy
Joni A Jamison
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
702-792-7000/Fax: 702-796-7181
rmccoy@kcnvlaw.com
jjamison@kcnvlaw.com

and

Gloria Tsui-Yip
Gottlieb, Rackman & Reisman, P.C.
270 Madison Avenue, 8th Floor
New York, NY 10016-0601
212-684-3900
gtsuiyip@grr.com

*Attorneys for Plaintiff*

/s/ Bobbie Benitez
_____
An employee of Hutchison & Steffen, PLLC