Christian M. Orme (10175)
Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500/Fax: (702) 385-2086
corme@hutchlegal.com
ptueller@hutchlegal.com

Robert J. Yorio (*Admitted Pro Hac Vice*)
Stacey M. Tam (*Admitted Pro Hac Vice*)
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, CA 94025
(650) 812-3453/Fax: (650) 812-3444
yorio@carrferrell.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CURB MOBILITY, LLC, | Case No. 2:18-cv-02416-MMD-EJY |
| Plaintiff, | |
| v. | **EXPARTE MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST** |
| KAPTYN INC., TRIAD TRANSPORTATION TECHNOLOGIES, LLC, WHITTLESEA BLUE CAB COMPANY, INC. AND DESERT CAB, INC., | |
| Defendants. | |

Christian M. Orme, Esq., of the law firm of Hutchison & Steffen, PLLC hereby moves this Court for an Order removing Joseph S. Kistler, Esq. from the electronic list for this case. The following electronic emails are to be removed:

jkistler@hutchlegal.com; bpereira@hutchlegal.com

The basis for this Motion is that the attorney referenced herein is no longer counsel on this matter.

Dated this 3rd day of December, 2019.

HUTCHISON & STEFFEN, PLLC

*/s/ Christian M. Orme*

Christian M. Orme (10175)
Piers R. Tueller (14633)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500/Fax: (702) 385-2086
corme@hutchlegal.com
ptueller@hutchlegal.com

and

Robert J. Yorio (*Admitted Pro Hac Vice*)
Stacey M. Tam (*Admitted Pro Hac Vice*)
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, CA 94025
(650) 812-3453/Fax: (650) 812-3444
yorio@carrferrell.com

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 4, 2019